# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Benita Dinkins Robinson, | ) |
| Plaintiff(s), | ) 4:18-cv-01781-RBH |
| vs | ) |
| Allianz Life Insurance Company, | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge.

                                                        Robin L. Blume
                                                        CLERK OF COURT

August 24, 2018                                      By: s/Leah M. Suttles
                                                            Deputy Clerk